UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

LUIS CANDO,

Plaintiff,

- against -

PORTLY FUN, INC. d/b/a
THE PORTLY VILLAGER;
GREGG KEGHLIAN, and
MARLENE KEGLIAN,

Defendants.

Case No.: 20-cv-03006 (JMA) (ARL)

**FILED
CLERK**

12/15/2020 4:17 pm

**U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE**

## STIPULATION AND ORDER OF FINAL DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff, Luis

Cando, and Defendants, Portly Fun, Inc., Gregg Keghlian, and Marlene Keghlian, by

and through their undersigned counsel who are authorized to execute this

Stipulation, that the above-captioned action be dismissed in its entirety, with

prejudice, and with no award of attorneys' fees, costs or disbursements by the Court

to any party, with respect to Defendants Gregg Keghlian and Marlene Keghlain.

IT IS FURTHER STIPULATED AND AGREED that this Stipulation may be

executed in counterparts with scanned PDF or facsimile signatures treated as

originals.

Dated: ~~September~~ OCTOBER 2_, 2020
      Bohemia, New York

Dated: September 16, 2020
      Southampton, New York

ZABELL & COLLOTTA, P.C.
*Attorneys for Plaintiff*

By:

Saul D. Zabell, Esq.
1 Corporate Drive, Suite 103
Bohemia, New York 11716

O'SHEA, MARCINOUK & BRUYN, LLP
*Attorneys for Defendants*

By:

Robert Marcinouk, Esq.
250 North Sea Road
Southampton, NY 11968

T: (631) 589-7242
F: (631) 563-7475
szabell@laborlawany.com

T: (631) 283-7007
F: (631) 287-9480
rmarcincuk@omblaw.com

Case closed.

**SO ORDERED:**

/s/ JMA                                   12/15/2020

The Honorable Joan M. Azrack, U.S.D.J.

2